| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 4:21CR00163-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 2:25-cr-00348-GMN-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | | DIVISION |
|---|---|---|---|
| Derrick Langford<br>Las Vegas, Nevada | Souther District of Texas | | Houston |
| | NAME OF SENTENCING JUDGE | | |
| | Charles Eskridge | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>09/09/2025 | TO<br>09/08/2026 |

**OFFENSE**
Aggravated Identify Theft, in violation of 18 U.S.C.§ 1028A

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Jurisdiction of residence, strong support system and familial ties.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Nevada____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____District of Nevada____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/28/2025
*Date*

*/s/ C. R. Eskridge*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Nevada____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 5, 2025
*Effective Date*

*/s/*
*United States District Judge*

1

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Derrick Langford

Case No.: 2:25-cr-00348-GMN-EJY

## REQUESTING ACCEPTANCE OF JURISDICTION

November 18, 2025

TO:   The Honorable United States District Judge
       District of Nevada

On January 23, 2024, Langford was sentenced in the Southern District of Texas to 24 months custody, followed by one year of supervised release for committing the offense of Aggravated Identity Theft. Supervised release commenced in the District of Nevada on September 9, 2025.

Langford has resided in Nevada since commencement of supervised release. He has a strong support system and familial ties in Nevada and plans to reside here for the duration of his supervised release. It is respectfully requested that transfer of jurisdiction be accepted to the District of Nevada in order to address any violation conduct with an appropriate sanction.

Should you have any questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by
Brianna King
Date: 2025.12.03
13:16:13 -08'00'

Brianna King
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Derrick Langford

Approved:

Digitally signed by Steve Goldner
Date: 2025.12.03 11:04:57 -08'00'

_____
Steve M Goldner
Supervisory United States Probation Officer